# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL SILLAS, | ) NO. CV 08-00459 JHN (SS) |
|         Petitioner, | ) |
|     v. | ) **JUDGMENT** |
| TIM VIRGA, Acting Warden, | ) |
|         Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 11/4/10

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE